RECEIVED

MAR 0 4 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

TRAVIS DENORRIS ARNOLD             DOCKET NO. 14-CV-3311; SEC. P

VERSUS                              JUDGE STAGG

U.S.A.                              MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus filed under 28 U.S.C. §2241 be **DISMISSED FOR LACK OF JURISDICTION.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 4th day of March, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA